In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | N/A | | |
| B - Personal Property | Yes | 5 | Unknown | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | N/A | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $4,000.00 (est.) | |
| F - Creditors Holding Unsecured Non-Priority Claims | Yes | 13 | | UNKNOWN | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 21 | | | |
| Total Assets | | | UNKNOWN | | |
| Total Liabilities | | | | UNKNOWN | |

In re: EAST FORD, INC.                                      Chapter 7; Case No. 07-01338-ee

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds both rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interest in executory contracts and unexpired leases on this schedule.  List them in Schedule G-- Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C--Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NOT APPLICABLE** | | | | |

Page 1

In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C -- Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G -- Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Trustmark National Bank | | $400.00 (est.) |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE B -- PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuitition plan as defined in 26 U.S.C. §529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b). | X | | | |
| 12. Interest in IRA, ERISA, Keough, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |

In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE B -- PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached. Collectability on accounts is unknown and doubtful. Receivable from Chapter 13 Bankruptcy case (to be supplemented). | | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re: EAST FORD, INC.                                          Chapter 7; Case No. 07-01338-ee

## SCHEDULE B -- PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

In re: EAST FORD, INC.                                         Chapter 7; Case No. 07-01338-ee

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory | X | | | |
| 31. Animals. | X | | | |
| 32. Crops -- growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | Unknown |

| NAME | ADDRESS | CITY STATE ZIP | BALANCE |
| --- | --- | --- | --- |
| NORTH JACKSON CHEVROLET | 5385 I-55 NORTH | JACKSON, MS 39206 | $ 50.56 |
| GRAY DANIELS FORD | P.O. BOX 1269 | BRANDON, MS 39043 | $1,287.57 |
| CLINTON PUBLIC SCHOOLS | P.O. BOX 300 | CLINTON, MS 39060 | $ 271.34 |
| SMITH BROTHERS BODY SHOP | 521 SOUTH FARISH STREET | JACKSON, MS 39201 | $3,766.91 |
| U-HAUL | 2234 HIGHWAY 80 WEST | JACKSON, MS 39209 | $2,888.73 |
| JACKSON WHOLESALE | P.O. BOX 9849 | JACKSON, MS 39206 | $ 38.72 |
| VETERANS AFFAIRS BOARD | 206 W PEARL ST. SUITE 1100 | JACKSON, MS 39201 | $ 112.99 |
| PARKER AUTO BODY | 2361 FERRAND ST | MONROE, LA 71201 | $3,355.95 |
| PARKER AUTO WEST | 4560 CYPRESS ST | WEST MONROE, LA 71291 | $2,091.04 |
| PARKER AUTO BODY | 208 BARRON RD | FARMERVILLE, LA 71241 | $3,943.02 |
| NATIONAL BUS SALES | P.O. BOX 6549 | MARIETTA, GA 30065 | $ 198.95 |
| SMITH BROTHERS AUTO SERVICE | 521 SOUTH FARISH STREET | JACKSON, MS 39201 | $1,001.86 |
| U-HAUL | 2234 HIGHWAY 80 WEST | JACKSON, MS 39209 | $ 346.33 |
| V A MEDICAL CENTER | 1500 E WOODROW WILSON DR | JACKSON, MS 39216 | $1,014.13 |
| ENTERPRISE RENTAL | 219 WOODGATE DR SOUTH | BRANDON, MS 39042 | $2,061.91 |

In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

# NOT APPLICABLE

Debtor elects the exemption to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
   $125,000.

In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒ Check here if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | | |

In re: EAST FORD, INC.

Chapter 7; Case No. 07-01338-ee

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check here if debtor has no creditors holding unsecured claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate item(s) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

Page 1

In re: EAST FORD, INC.                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
       Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated**
       Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions). | CODEBTOR | H, W, J, OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| MS State Tax Commission Bankruptcy Section P. O. Box 22808 Jackson, MS 39225-2808 | | | 2005 4th quarter State Withholding (Debtor is unsure as part of closing if deposits were made) | X | X | X | $4,000.00 (est.) | |
| | | | | | | | | |
| | | | | | | | | |
| Total | | | | | | | $4,000.00 (est.) | |

In re: EAST FORD, INC.                                              Chapter 7; Case No. 07-01338-ee

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Check here if debtor has no creditors holding unsecured non priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|

SEE ATTACHED.

TOTAL                                                              UNKNOWN

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**

**EAST FORD, INC.**
    **Debtor**

**Case No.  07-01338-ee**
**Chapter 7**

### ATTACHMENT TO SCHEDULE F

Cantrennia Harris                                                 UNKNOWN

Ollie McCray, et al.                                             UNKNOWN
c/o Willie Griffin, Esq.
Willie L. Bailey, Esq.
Bailey & Griffin, O.A.
PO Box 189
Greenville, Ms 38702

Edith Hill and Deborah Brand                      UNKNOWN
c/o W. Dean Belk, Esq.
Clark, Davis & Belk, P.A.
PO Box 229
Indianola, MS 38751

Flora Elliot                                                          UNKNOWN
c/o Jason Ehrlinspiel, Esq.
Kevin E. Gay, Esq.
Sam M. Brand, Jr., Esq.
MacNeill & Buffinton
PO Box 12690
Jackson, Ms 39236-2690

Chucks Agusiegbe                                           UNKNOWN
Bobby Thomas
Gary McGloster
c/o Cynthia H. Speetjens, Esq.
Attorney at Law
2088 Main Street, Ste. A
Madison, MS 39110

EAB Rental, LLC                                             UNKNOWN
c/o Edwin T. Cheshire, Jr., Esq.
PO Box 12414
Jackson, MS 39236

Hesselbein Tire Company                                    UNKNOWN
c/o Levoy Bryant Agnew, IV
Agnew Law Offices
418 Yazoo Street
Jackson, MS 39201-1908


Chris Estes and Rose Martin                               UNKNOWN


James E. Taylor, Jr.                                      UNKNOWN


Lewis Ford, Inc.                                          UNKNOWN
c/o Lester F Smith, Esq.
721 Avignon Drive, #10D
Ridgeland, MS 39157


Steve's Auto Glass, Inc.                                  UNKNOWN
c/oRichard D. Mitchell, Esq.
Wells, Moore, Simmons & Hubbard, PLLC
PO Box 1970
Jackson, MS 39215-1970


Curtis Keys                                               UNKNOWN
c/o Gerald M. Martin, Esq.
Eaton and Martin, P.A.
PO Box 98
Taylorsville, MS 39168


Jerry Reese                                               UNKNOWN
c/oKent E. Smith, Esq.
PO Drawer 849
Holly Springs, MS 38645


Sharon Lee                                                UNKNOWN
c/o Ellis Turnage, Esq.
Turnage Law Office
PO Box 216
Cleveland, MS 38732-0216


Merdick McNeal                                            UNKNOWN
c/o Mark Kinard Tullos, Esq.
134 Main Street
Raleigh, MS 39153

Acranet                                                    $ 109.04
213-37 39th Ave. Ste 255
Bayside, NY 11361

ADP Dealer Services                                        22,345.86
PO Box 88921
Chicago, IL 60695

Aloha Mobile Service                                       712.50
216 Hill Side Drive
Pearl, MS 39208

Auto Accessories                                           2,032.00
PO Box 323
Collinsville, MS 39325

Barnetts Body Shop                                         57.00
PO Box 389
Ridgeland, MS 39158

BellSouth Advertising                                      3,538.16
PO Box 105024
Atlanta, GA 30348

Big 10 Tires                                               599.90
4410 Highway 80 East
Pearl, MS 39208

Buck Sullivan Inc.                                         14,535.08
1022-32 Terry Road
Jackson, MS 39204

Capital One Reserve                                        1,516.25
PO Box 260848
Plano, TX 75026

Central Oil and Supply                                     12,953.52
2300 Booth
Monroe, LA 71211

Choicepoint                                                108.90
PO Box 105186
Atlanta, GA 30348

Cintas                                          4,180.96
3894 Beasley Road
Jackson, MS 39213

Clarion Ledger                                  1,549.80
PO Box 23074
Jackson, MS 39226

Clinton Body Shop                                 672.30
1115 North Monroe Street
Clinton, MS 39056

Coleman Taylor Transmission                     1,443.20
1804 Highway 80 West
Jackson, MS 39204

Commercial Billing Service                      8,329.80
PO Box 2201
Decatur, AL 35609

Corporate Billing Inc.                            321.38
PO Box 2257
Decatur, AL 35609

Courtesy Ford                                      67.00
PO Box 352
Hattiesburg, MS 39403

Crow Burlingame                                 3,816.76
PO Box 111
Little Rock, AR 72203

Daniel Coker Horton & Bell                     22,698.14
PO Box 1084
Jackson, MS 39215

Dealer Computer Services                        1,863.34
PO Box 4346
Houston, TX 77210

Dealers Truck Equipment                         8,495.40
PO Box 31435
Houston, TX 77210

Delray Lincoln Mercury                                    13,983.69
2102 S Federal Highway
Delray Beach, FL 33483

Delta Exhaust                                               1,455.65
5007 Highway 80 West
Jackson, Ms 39209

Diamond Triumph Auto Glass                                    90.00
PO Box 1647
Kingston, PA 18704

Disposall of Jackson                                       2,305.03
PO Box 161418
Atltamonte Springs, FL 32716

Diversified Products                                         257.22
PO Box 264
Petoskey, MI 49770

Dixie Automobile Shop                                      1,438.61
PO Box 7722
Jackson, MS 39284

Enterprise Rent A Car                                      4,622.15
3940 Highway 80 West
Jackson, MS 39209

Equifax                                                    6,602.60
PO Box 4472
Atlanta, GA 30302

Exxon Card Services                                       16,538.82
PO Box 639
Portland, ME 04104

Firestone                                                    89.50
2335 Highway 80 West
Jackson, MS 39204

Fordco Inc                                                  613.30
PO Box 720220
Byram, MS 39272

Fred Jones Manufacturing                             25,863.45
900 West Main St
Oklahoma City, OK 73106

Genuine Parts Company                                 1,035.30
PO Box 102156
Atlanta, GA 30368

Gray Daniels Toyota                                     221.06
PO Box 7655
Jackson, MS 39284

Gray Daniels Ford                                     6,929.12
201 Octivia Dr
Brandon, MS 39042

Gary Daniels Lincoln Mercury                         11,007.53
6060 I-55 North
Jackson, Ms 39211

Gray Daniels Nissan                                   1,091.12
905 1-20 South Frontage Road
Jackson, Ms 39204

Hallmark Ford                                            38.33
PO Box 839
Batesville, MS 38606

Halls Towing Service                                    679.25
1161 Weems St
Jackson, MS 39206

Herrin-Gear Chevrolet                                 1,407.69
PO Box 329
Jackson, MS 39205

Hixson Autoplex                                          67.00
2506 MacArthur Dr
Alexandria, LA 71301

Ikon Financial                                        6,744.10
PO Box 740540
Atlanta, GA 30374

Industrial Steam Cleaners                               101.12
PO Box 20302

Jackson, Ms 39289

| | |
|---|---|
| Interstate Battery<br>243 Highway 51<br>Ridgeland, MS 39157 | 44.95 |
| Jasper Engine Company<br>PO Box 650<br>Jasper, IN 47547 | 8,089.74 |
| Kent Sharp<br>PO Box 5874<br>Pearl, MS 39288 | 265.04 |
| Kinsel Ford<br>PO Box 2470<br>Beaumont, TX 77704 | 706.63 |
| Kroll Factual Data<br>PO Box 1929<br>Loveland, CO 80539 | 539.48 |
| Lewis Ford<br>5299 Summer Avenue<br>Memphis, TN 38122 | 4,912.86 |
| Magnolia Wrecker Sales<br>1079 Shiloh Road<br>Brandon, MS 39042 | 1,159.72 |
| Mark Stoddard Towing<br>722 Highway 80 East<br>Flowood, MS 39232 | 975.75 |
| Martin Distributing Company<br>PO Box 1810<br>Abita Springs, LA 70420 | 4,990.16 |
| MC's Air Conditioning<br>PO Box 6472<br>Jackson, MS 39282 | 211.33 |
| Mike Blanes Upholstery<br>226 East Rankin St<br>Jackson, MS 39201 | 425.00 |

| | |
|---|---|
| Mobile Appearance Recon<br>PO Box 98264<br>Jackson, Ms 39298 | 385.00 |
| Mobile Audio Accessories<br>PO Box 1136<br>Ridgeland, MS 39158 | 600.00 |
| Moore Equipment<br>801 Highway 35 South<br>Carthage, MS 39051 | 560.00 |
| National Bus Sales<br>PO Box 6549<br>Marietta, GA 30065 | 47.76 |
| North Jackson Chevrolet<br>5395 Highway 55 North<br>Jackson, MS 39206 | 11.19 |
| Office Depot Credit Card<br>2100 Old Germantown Road<br>Delray Beach, FL 33445 | 1,225.54 |
| OK Auto Parts<br>PO Box 180520<br>Richland, MS 39218 | 1,110.00 |
| O'Reilly Auto Parts<br>PO Box 9464<br>Springfield, MO 65801 | 34.27 |
| Paul Moak Pontiac<br>PO Box 1580<br>Jackson, MS 39215 | 4.13 |
| Pure Water Solutions<br>PO Box 11407<br>Birmingham, AL 35246 | 42.80 |
| Quality Chemical<br>PO Box 16168<br>Jackson, MS 39236 | 1,379.52 |

R & R Associates                                              782.00
836 South Commerce St
Jackson, MS 39201

Regions Interstate Billing                                    25.44
PO Box 2153
Birmingham, AL 35287

Richard's 4 Wheel Drive Shop                                  89.00
5448 I-55 South
Byram, MS 39272

Ricks Pro Truck                                             5,484.13
4206 Lakeland Dr
Flowood, MS 39232

S & E Towing and Salvage                                     190.00
882 South Roach St
Jackson, Ms 39201

SESCO                                                        300.00
PO Box 1848
Bristol, TN 37621

Sprint PCS                                                 1,488.37
PO Box 219554
Kansas City, MO 64121

Techni-Car                                                1,677.75
450 Commerce Blvd
Oldsmar, FL 34677

Telcove                                                    5,593.59
712 North Main Street
Coudersport, PA 16915

Terrebonne Motor                                             17.45
PO Box 589
Houma, LA 70360

Trans Union                                                6,591.51
PO Box 5000
Crum Lynee, PA 19022

| | |
|---|---:|
| Tri-State Enterprises<br>PO Box 2646<br>Jackson, MS 39207 | 15,014.13 |
| Truck Equipment Sales<br>4700 Rangeline Road<br>Mobile, AL 36619 | 5,196.00 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132 | 1,146.57 |
| USP Corporation<br>21844 Network Place<br>Chicago, IL 60673 | 12,419.85 |
| Venable Glass Services<br>660 Highway 51<br>Ridgeland, MS 39157 | 3,490.67 |
| Wards Wrecker Service<br>5117 McRaven Road<br>Jackson, MS 39204 | 2,388.00 |
| Waters International<br>PO Box 4157<br>Meridian, MS 39304 | 653.83 |
| WDBD<br>PO Box 6904<br>Jackson, MS 39282 | 743.75 |
| Wells Fargo Reserve<br>2501 Seaport Dr., Ste BH-300<br>Chester, PA 19013 | 1,206.94 |
| WFS Financial Reserve<br>22 Century Blvd., Ste 120<br>Nashville, TN 37214 | 167.36 |
| Wilson Auto Group<br>4200 Lakeland Dr<br>Flowood, MS 39232 | 194.86 |

Winzer Corporation                                          1,095.82
PO Box 224988
Dallas, TX 75222

WXMS                                                         505.75
PO Box 6905
Jackson, MS 39282

Zep Manufacturing                                          2,763.96
PO Box 404628
Atlanta, GA 30384

Americredit                                                UNKNOWN
4001 Embracadero Drive
Arlington, TX 76014

AmSouth Bank                                               UNKNOWN
2050 Parkway Office Circle
Birmingham, AL 35244

Capital One Auto Finance                                   UNKNOWN
PO Box 260848
Plano, TX 75026

Chase Custom Finance                                       UNKNOWN
PO Box 29588
Phoenix, AZ 85038

Citi Finanical Auto                                        UNKNOWN
PO Box 1393
Minneapolis, MN 55440

Fairlane Credit LLC                                        UNKNOWN
PO Box 62180
Colorado Springs, CO 80962

Ford Credit                                                UNKNOWN
PO Box 2968
Ridgeland, MS 39158

New South Federal                                          UNKNOWN
210 Automation Way
Birmingham, AL 35210

Nuvell Credit Corp                                          UNKNOWN
PO Box 7100
Little Rock, AR 72223

Onyx Acceptance Corp                                        UNKNOWN
27051 Towne Centre Dr., Ste 811
Foothill Ranch, CA 92610

Regions Bank                                                UNKNOWN
100 Corporate Pkwy, Ste 200
Birmingham, AL 35242

Trustmark National Bank                                     UNKNOWN
248 East Capitol St
Jackson, MS 39205

Wells Fargo Financial Acceptance                            UNKNOWN
4700 Robinson Rd, Ste 200
Jackson, MS 39204

Assurant Solutions                                          UNKNOWN
22896 Network Place
Chicago, IL 60673

MS Life Insurance Company                                   UNKNOWN
715 S Pear Orchard Rd, Ste 400
Ridgeland, MS 39158

Owner Services, Inc.                                        UNKNOWN
PO Box 84410
Baton Rouge, LA 70884

United Service Protection                                   UNKNOWN
PO Box 20899
St. Petersburg, FL 33742

Chapter 7; Case No. 07-01338-ee

In re: EAST FORD, INC.

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☒    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|

In re: EAST FORD, INC.                                          Chapter 7; Case No. 07-01338-ee

## SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resides in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐     Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Al East, III | Unknown of Personal Liability to Various Creditors |

In re: EAST FORD, INC.                                          Chapter 7; Case No. 07-01338-ee

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

# NOT APPLICABLE

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| EMPLOYMENT: | DEBTOR | SPOUSE |
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

Income: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| 2. | Estimated monthly overtime | $ | $ |
| 3. | SUBTOTAL | $ | $ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ | $ |
| | b. Insurance | $ | $ |
| | c. Union dues | $ | $ |
| | d. Other (Specify) | $ | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| 7. | Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. | Income from real property - rental income (2 pcs. property) | $ | $ |
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | $ |
| 11. | Social security or other government assistance (Specify) _____ | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify) _____ | $ | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ | $ |
| 15. | TOTAL MONTHLY INCOME | $ | $ |
| 16. | TOTAL COMBINED MONTHLY INCOME | $ | |

In re: EAST FORD, INC.                                                    Chapter 7; Case No. 07-01338-ee

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

# NOT APPLICABLE

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check here if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | | | $ |
| | a. | Are real estate taxes included? | Yes    No | |
| | b. | Is property insurance included? | Yes    No | |
| 2. | Utilities: | | | |
| | a. | Electricity and heating fuel | | $ |
| | b. | Water and sewer | | $ |
| | c. | Telephone | | $ |
| | d. | Other _____ | | $ |
| 3. | Home maintenance (repairs and upkeep) | | | $ |
| 4. | Food | | | $ |
| 5. | Clothing | | | $ |
| 6. | Laundry and dry cleaning | | | $ |
| 7. | Medical and dental expenses | | | $ |
| 8. | Transportation (not including car payments) | | | $ |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ |
| 10. | Charitable contributions | | | $ |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | a. | Homeowner's or renter's | | $ |
| | b. | Life | | $ |
| | c. | Health | | $ |
| | d. | Auto | | $ |
| | e. | Other _____ | | $ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | | | $ |
| 13. | Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | |
| | a. | Auto | | $ |
| | b. | Other _____ | | $ |
| | c. | Other _____ | | $ |
| 14. | Alimony, maintenance, and support paid to others | | | $ |
| 15. | Payments for support of additional dependents not living at your home | | | $ |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ |
| 17. | Other | | | $ |
| 18. | TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | | $ |
| 19. | Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: _____ | | | |
| 20. | STATEMENT OF MONTHLY NET INCOME | | | |
| | a. | Total monthly income from Line 16 of Schedule I | | $ |
| | b. | Total monthly expenses from Line 18 above | | $ |
| | c. | Monthly net income (a. minus b.) | | $ |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Southern District of Mississippi

In re  **East Ford, Inc.**                              Case No.  07-01338
                                    _____
                              Debtor(s)          Chapter  7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _22_ sheets *[total shown on summary page plus        ]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  5/30/07                       Signature  /s/ Al East
                                      Al East
                                      President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re: East Ford, Inc.                                   Chapter 7; Case No. **07-01338-ee**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.   Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from the operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|--------|---------------------------|
| 2007   | -0-                       |
| 2006   | -0-                       |
| 2005   | ($2,044,089.00) (Debtor closed operations in Fall of 2005) |

**2. Income other than from employment or operation of business**

None      State the amount of income received by the debtor other than from employment, trade, profession, or operation
☐      of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars.
If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter
13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

     The Debtor receives a monthly distribution from a Chapter 13 Bankruptcy confirmed Plan in the amount of $250.00 -
$450.00 per month estimated for an approved claim therein. The Debtor will supplement this response with specifics of
the claimed amount and distributions.

**3. Payments to creditors**
    *Complete a. or b., as appropriate, and c.*

None      a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
☒      goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this
case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate
with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an
alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.
(Married debtor filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None      b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made
☒      within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes
or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None      c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for
☒      the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None      a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
☐      preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

     See attached list.

None      b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☒      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☒      foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Harris & Geno, PLLC<br>PO Box 3380<br>Ridgeland, MS 39158 | May 1, 2006 | $1,196.25 |
| Harris Jernigan & Geno, PLLC<br>P. O. Box 3380<br>Ridgeland, MS 39158 | February 6, 2007 & March 6, 2007 | $3,421.03 retainer (including filing fee of $299.00) |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Sale of Assets to Landers McClarty Ford, Inc. in Fall of 2005.

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
 self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
 closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held
by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

## 12. Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
 within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
 the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

## 14. Property held for another person

None   List all property owned by another person that the debtor holds or controls.


## 15. Prior address of debtor

None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which
the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed,
report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former
spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

**None**
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

**None**
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**None**
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

**None**
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

**None**
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U. S. C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None  ☐     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                      DATES SERVICES RENDERED

Al East, III
Rodney Cummins, CPA, PLLC, Post Office Box 346, Clinton, MS 39060

None  ☒     b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None  ☐     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                            ADDRESS

See 19(a) above

None  ☒     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

## 20. Inventories

None  ☒     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None  ☒     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None  ☐     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Al East; President; 97.20%

None  ☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Al East, III | President | 97.20% |

## 22. Former partners, officers, directors and shareholders

None  ☒     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within
☒     **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☒     compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one
year** immediately preceding the commencement of this case.

      Dan McKinney is the only member of the LLC and has not drawn a salary for an extended period of time (approximately
18 months) due to the financial difficulties of the business operations.

## 24. Tax Consolidation Group.

None     If the debtor is a corporation, list name and federal taxpayer identification number of the parent corporation of any
☒     consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
preceding the commencement of the case.

## 25. Pension Funds.

None     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which
☒     the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
commencement of the case.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:

**EAST FORD, INC.**                                              **Case No.  07-01338-ee**
      **Debtor**                                                    **Chapter 7**

### 4a. STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT

Jerry Reese, et al. v. Alonzo Williams, Jr.,
East Ford, Inc., et al.; Circuit Court for the First Judicial
District of Hinds County, MS; Civil Action No. 2004-265                    Collection

Sharon Lee v. East Ford, Inc., et al.; Circuit Court
of the First Judicial District of Bolivar County;
MS; Civil Action No. 2004-19                                              Collection

Merdick Mc Neal, et al. v. East Ford, Inc.;
Circuit Court of Smith County, Mississippi;
Civil Action No. 2002-390                                                 Collection

Jessie Tyler v. East Ford, Inc.; County Court of
Hinds County, MS, First Judicial District
Cause No. 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-COV                                                 Collection

F. L. Pendleton, Dec., et al. v. Ford Motor Company
Company, East Ford, Inc., et al.; In the Circuit Court
of Copiah County; Civil Action No. 2003-0515
(NOW IN THE MDL)                                                          Collection

EAB Rental, LLC v. A. L. East III, and East Ford, Inc.;
In the County Court of the First Judicial District of
Hinds County, MS; Civil Action No. 251-06-548                            Collection

Lewis Ford, Inc. v. East Ford, Inc.; In the County
Court of the First Judicial District of Hinds County,
MS; Civil Action No. 251-06-248-COV                                      Collection

Bobby Thomas v. East Ford, Inc.; A. L. East III,
et al.; In the Circuit Court of First Judicial
District of Hinds County, MS; Civil Action No.
251-04-83 CIV                                                            Collection

Hesselbin Tire Company, Inc. v. East Ford, Inc;
In the County Court of the First Judicial District
of Hinds County, MS; Civil Action No. 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COV                     Collection

Steve's Auto Glass, Inc. v. East Ford, Inc.;
In the County Court of Hinds County, MS;
Civil Action No. 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                                     Collection

Ollie McCray, et al. v. MS Dealers Services
Corporation, East Ford, Inc., et al.
In the Circuit Court of Washington County, MS;
Cause No. CI 2002-514                                           Collection

Curtis Keys v. East Ford, Inc., et al.
In the Circuit Court of Smith County, MS;
Cause No. 2003-269                                             Collection

Edith Hill and Deborah Brand v.
East Ford, Inc., et al.; In the Circuit Court of
Sunflower County, MS; Cause No. 2002-0060-CI                    Collection

Chuks Agusiebge v. East Ford, Inc., et al.;
In the Circuit Court of the First Judicial District
of Hinds County, MS; Civil Action No. 251-04-870-CIV           Collection

Gary McGloster v. East Ford, Inc., et al.; In the
Circuit Court of the First Judicial District of
Hinds County, MS; Civil Action No. 251-04-871-CIV             Collection

Curtis L. Keyes v. East Ford, Inc., et al.;
Covington County Circuit Court; Cause No. 2003-269            Collection

Cantrennia Harris v. East Ford, Inc. and Walter Power
In the Circuit Court of First Judicial District of
Hinds County, Mississippi; Cause No. 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CIV           Collection

James E. Taylor, Jr. v. East Ford, Inc.; In the Circuit
Court of the First Judicial District of Hinds County,
Mississippi; Cause No. 251-00-278-CIV                          Collection

Chris Estes and Rose Martin v. East Ford, Inc.;
In the Circuit Court of the First Judicial District
of Hinds County, Mississippi; Cause No. 04-1951               Collection

Flora Elliot v. Darlene Causey, East Ford, Inc.,
et al.; In the Circuit Court of the First Judicial
District of Hinds County, Mississippi;
Civil Action No. 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CIV                               Collection

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    5/30/07          Signature /s/ Al East

                                                Al East
                                                President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*