### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

EAST FORD, INC.

CHAPTER 7

CASE NO. 07-01338-EE

### RULE 3011 LIST
### OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, J. Stephen Smith, Trustee, by and through his attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Jessie Tyler | c/o Smith, Rushing, Cotton & Robinson, PLLC P.O. Box 9366, Jackson, MS 39286 | $919.44 |

That the check was sent on November 3, 2008 at the address listed above, which was the address listed on the debtor's schedules, but the check was never deposited nor was it returned, and the Trustee has stopped payment on the check.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: _____

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

Jessie Tyler
c/o Smith, Rushing, Cotton &\
Robinson, PLLC
P.O. Box 9366
Jackson, MS 39286

United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS 39269-1602

**SO CERTIFIED** this the ___ day of _____, 2009.

_____
EILEEN N. SHAFFER